York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

WEINGREEN v. MICHAELBACHER et al. (Supreme Court, Appellate Division, First partment. June 19, 1914.) Action by Samuel Weingreen against Solomon Michaelbacher and others. No opinion. Motion granted, with $10 costs. Order filed.

WEINHEIMER, Appellant, v. ROSS et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 11, 1914.) Action by John F. Weinheimer against Alexander J. Ross and others. No opinion. Judgment affirmed, without costs.

For opinion below, see 80 Misc. Rep. 269, 141 N. Y. Supp. 55. Order modified on rehearing, 148 N. Y. Supp. 1150.

WEINHEIMER, Appellant, v. ROSS et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. April 4, 1914.) Action by John F. Weinheimer against Alexander J. Ross and others.

PER CURIAM. Order made by this court on March 11, 1914, amended, so as to provide that the judgment appealed from be modified, by striking out the award of costs to the defendant, and, as so modified, affirmed, without costs of this appeal to either party. Held, that the trial court should, as a condition of awarding the equitable relief, have withheld costs from the defendant. For former decision, see 148 N. Y. Supp. 1150.

WEINSTOCK, Respondent, v. HALLENBECK et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 12, 1914.) Action by Leon C. Weinstock against Emanuel Hallenbeck and another. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. See Wiechers v. New Home Sewing Machine Co., 38 App. Div. 1, 56 N. Y. Supp. 235; Heishon v. Knickerbocker Life Ins. Co., 77 N. Y. 278; People ex rel. Cecere v. Slocum, 161 App. Div. 733, 146 N. Y. Supp. 556. See, also, 146 N. Y. Supp. 1047.

WEISS, Appellant, v. LAVANBURG, Respondent. (Supreme Court, Appellate Division, Second Department. June 12, 1914.) Action by Peter Weiss against Frederick L. Lavanburg. No opinion. Order affirmed, with $10 costs and disbursements.

WEISSBERGER, Respondent, v. NEW YORK MUTUAL GASLIGHT CO., Appellant. (Supreme Court, Appellate Division, First Department. June 12, 1914.) Action by Simon Weissberger against the New York Mutual Gaslight Company. M. W. Galloway, of New York City, for appellant. M. Feltenstein, of New York City, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

INGRAHAM, P. J., and SCOTT, J., dissent.

WEST v. HARLAN & HOLLINGSWORTH CO. (Supreme Court, Appellate Division, First Department. June 19, 1914.) Action by Frank West against the Harlan & Hollingsworth Company. No opinion. Motion denied. Order filed.

WHEATON, Appellant, v. GRIFFIN, Respondent. (Supreme Court, Appellate Division, Third Department. July 1, 1914.) Action by Armond E. Wheaton against George Griffin. No opinion. Judgment reversed, and new · trial granted, with costs to appellant to abide event, upon the ground that the reversal of the order amending the decision and judgment in the case of Griffin v. Wheaton, 148 N. Y. Supp. 1118, was not warranted by the findings.

WHITMAN, Appellant, v. MUNNICH et al., Respondents. (Supreme Court, Appellate Division, First Department. June 5, 1914.) Action by Alfred A. Whitman against Charles L. Munnich and others. O. C. Sommerich, of New York City, for appellant. Watts, Oakes & Bright, of Middletown, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 147 N. Y. Supp. 1150.

WHITMAN, Respondent, v. O'DONOVAN, Appellant. (Supreme Court, Appellate Division, First Department. June 19, 1914.) Action by Alfred A. Whitman, against Alfred J. O'Donovan. G. B. Hayes, of New York City, for appellant. O. C. Sommerich, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 158 App. Div. 923, 143 N. Y. Supp. 1150.

WICKHAM, Appellant, v. UNITED TRACTION CO., Respondent. (Supreme Court, Appellate Division, Third Department. July 1, 1914.) Action by Ernest Wickham against the United Traction Company. No opinion. Judgment and order unanimously affirmed, with costs.

WIEN v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, First Department. June 5, 1914.) Action by Joseph Wien against the New York Central & Hudson River Railroad Company. No opinion. Application granted, upon defendant filing stipulation that, upon affirmance, judgment absolute shall be rendered against it. Order signed. See, also, 85 Misc. Rep. 42, 146 N. Y. Supp. 1010.

In re WILLCOX et al., Public Service Commission. (Supreme Court, Appellate Division, Second Department. April 17, 1914.) In the matter of the application of William R. Willcox and others, constituting the Public Service Commission, etc., as to Ashland Place Section, Fourth Avenue Subway. No opinion. Reargument ordered, and case set down for Wednes-